IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF
WILLIAM LEIGH SISKIND
TO THE BAR OF MARYLAND

\* In the

\* Court of Appeals

\* of Maryland

\* Misc. Docket AG No. 90

\* September Term, 2015

## O R D E R

The Court having considered the Petition for Reinstatement to the Maryland Bar and Hearing in Connection Thereto filed by Petitioner, William Leigh Siskind, and the response of Bar Counsel filed in the above entitled case, it is this 22nd day of June, 2016

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the Petition for Reinstatement of William Leigh Siskind be, and it is hereby, granted contingent upon fulfillment of the condition ordered herein, and it is further

ORDERED, that Petitioner, upon taking in open court and subscribing to the oath of attorneys required by MD Code (2004), Business Occupations and Professions Article Sec. 10-212, be reinstated as a member of the Bar of Maryland on the condition that Petitioner agree he will apply immediately following reinstatement for placement on inactive/retired status with the Client Protection Fund and thereafter remain inactive permanently, and it is further

ORDERED that the Clerk of the Court shall replace the name of William Leigh Siskind upon the register of attorneys entitled to practice in this Court and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State; and it is further

ORDERED, that Petitioner's failure to comply fully with this Order shall result in rescission of Petitioner's Order of Reinstatement.


 /s/ Mary Ellen Barbera 
Chief Judge